IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Isaac

Printed: 6/24/08

Case Number: 07 B 01864
Judge: Wedoff, Eugene R
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 5, 2008
Confirmed: April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,652.83 |  |
| Secured: |  | 7,669.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,354.00 |
| Trustee Fee: |  | 629.23 |
| Other Funds: |  | 0.00 |
| Totals: | 11,652.83 | 11,652.83 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 3,354.00 |
| 2. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 25,579.39 | 6,783.79 |
| 5. | HSBC Mortgage Services | Secured | 3,266.38 | 0.00 |
| 6. | Franklin Credit Management Corporation | Secured | 1,345.78 | 885.81 |
| 7. | Internal Revenue Service | Priority | 14,195.98 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 10,642.65 | 0.00 |
| 10. | Seventh Avenue | Unsecured | 551.95 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 66.24 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 480.60 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 457.56 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,044.86 | 0.00 |
| 15. | Verizon Wireless | Unsecured | 489.66 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,383.60 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,450.86 | 0.00 |
| 18. | Emerge Mastercard | Unsecured | 3,475.00 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 2,625.27 | 0.00 |
| 20. | Internal Revenue Service | Priority |  | No Claim Filed |
| 21. | Bob Watson Chevrolet | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 24. | North Shore Agency Inc | Unsecured |  | No Claim Filed |
| 25. | CCB Services | Unsecured |  | No Claim Filed |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Isaac

Printed: 6/24/08

Case Number: 07 B 01864
Judge: Wedoff, Eugene R
Filed: 2/5/07

| | | | |
|---|---|---|---|
| 26. CT Credit Union | Unsecured | | No Claim Filed |
| 27. Consumer Credit Counseling | Unsecured | | No Claim Filed |
| 28. Fingerhut | Unsecured | | No Claim Filed |
| 29. Allstate | Unsecured | | No Claim Filed |
| 30. Mason Direct | Unsecured | | No Claim Filed |
| 31. Instant Cash Advance | Unsecured | | No Claim Filed |
| 32. Smith, Debra | Unsecured | | No Claim Filed |
| 33. Pay Day Loans | Unsecured | | No Claim Filed |
| 34. National Quick Cash | Unsecured | | No Claim Filed |

$ 70,409.78        $ 11,023.60

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 629.23 |

$ 629.23

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

